**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Charlotte Mattice,

Plaintiff,

vs.

SURPAS Resource Corporation,

Defendant.

**Court File No.: 00-CV-1410 MJD/JGL**

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 3/Sept/2000

**THE BARRY LAW OFFICE, LTD.**

By ______________________
Peter F. Barry (License #026657)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 714-8800

Dated: 22 AUG 2000

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By ______________________
Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 14 2000
DEPUTY CLERK ______

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismiss ng the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees :o any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 9-14-00

Judge of United States District Court